Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF DECEMBER 7, 2022

**Chapter 13 Case # 17-33263**

Re:  WILFREDO PRATTS, JR.  
193 EAST MAIN STREET  
PROSPECT PARK, NJ  07508

Atty:  LEONARD S. SINGER, ESQ.  
ZAZELLA & SINGER  
195 ROUTE 46 WEST  
SUITE 3  
TOTOWA, NJ  07512

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $4,500.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/27/2017 | $75.00 | 4466249000 - | 01/03/2018 | $75.00 | 4566733000 - |
| 02/01/2018 | $75.00 | 4637562000 - | 03/01/2018 | $75.00 | 4713762000 - |
| 04/05/2018 | $75.00 | 4813294000 | 05/02/2018 | $75.00 | 4879337000 |
| 06/04/2018 | $75.00 | 4965519000 | 07/02/2018 | $75.00 | 5040781000 |
| 08/02/2018 | $75.00 | 5118488000 | 09/04/2018 | $75.00 | 5205177000 |
| 10/03/2018 | $75.00 | 5283844000 | 11/05/2018 | $75.00 | 5364921000 |
| 12/03/2018 | $75.00 | 5440821000 | 01/03/2019 | $75.00 | 5512661000 |
| 02/04/2019 | $75.00 | 5595607000 | 03/04/2019 | $75.00 | 5675049000 |
| 04/03/2019 | $75.00 | 5755018000 | 05/03/2019 | $75.00 | 5832417000 |
| 06/03/2019 | $75.00 | 5911646000 | 07/03/2019 | $75.00 | 5989874000 |
| 08/05/2019 | $75.00 | 6066239000 | 09/03/2019 | $75.00 | 6146556000 |
| 10/03/2019 | $75.00 | 6225853000 | 11/04/2019 | $75.00 | 6305623000 |
| 12/03/2019 | $75.00 | 6375187000 | 01/03/2020 | $75.00 | 6451461000 |
| 02/05/2020 | $75.00 | 6533554000 | 03/04/2020 | $75.00 | 6612873000 |
| 04/03/2020 | $75.00 | 6684294000 | 05/04/2020 | $75.00 | 6758266000 |
| 06/01/2020 | $75.00 | 6824981000 | 07/02/2020 | $75.00 | 6909529000 |
| 08/03/2020 | $75.00 | 6978756000 | 09/02/2020 | $75.00 | 7055913000 |
| 10/02/2020 | $75.00 | 7128767000 | 11/02/2020 | $75.00 | 7196030000 |
| 12/02/2020 | $75.00 | 7275489000 | 01/11/2021 | $75.00 | |
| 02/08/2021 | $75.00 | | 03/08/2021 | $75.00 | |
| 04/08/2021 | $75.00 | | 05/10/2021 | $75.00 | |
| 06/08/2021 | $75.00 | | 07/09/2021 | $75.00 | |
| 08/09/2021 | $75.00 | | 09/13/2021 | $75.00 | |
| 10/08/2021 | $75.00 | | 11/08/2021 | $75.00 | |
| 12/08/2021 | $75.00 | | 01/07/2022 | $75.00 | |
| 02/08/2022 | $75.00 | | 03/08/2022 | $75.00 | |
| 04/07/2022 | $75.00 | | 05/09/2022 | $75.00 | |
| 06/08/2022 | $75.00 | | 07/11/2022 | $75.00 | |

**Chapter 13 Case # 17-33263**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/11/2022 | $75.00 | | 09/12/2022 | $75.00 | |
| 10/07/2022 | $75.00 | | 11/07/2022 | $75.00 | |

**Total Receipts: $4,500.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $4,500.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 249.51 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | NEWREZ LLC | MORTGAGE ARRE | 1,945.42 | 100.00% | 1,945.42 | |
| 0005 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CITIBANK / SEARS | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 4,830.57 | * | 223.94 | |
| 0009 | FIRST NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | M & T BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,482.74 | * | 254.16 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 1,501.46 | * | 69.61 | |
| 0013 | TD BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | MEB LOAN TRUST IV | UNSECURED | 34,014.87 | * | 1,576.86 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,902.13 | * | 85.47 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,991.74 | * | 89.50 | |

**Total Paid: $4,494.47**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | | |
| | 03/19/2018 | $211.74 | 798238 | | 04/16/2018 | $70.58 | 800117 |
| | 05/14/2018 | $70.95 | 802020 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 05/18/2020 | $11.39 | 849089 | | 06/15/2020 | $6.56 | 850783 |
| | 07/20/2020 | $6.72 | 852601 | | 08/17/2020 | $6.74 | 854459 |
| | 09/21/2020 | $6.77 | 856296 | | 10/19/2020 | $6.74 | 858158 |
| | 11/16/2020 | $6.74 | 859945 | | 12/21/2020 | $6.74 | 861781 |
| | 01/11/2021 | $6.74 | 863538 | | 02/22/2021 | $13.48 | 865282 |
| | 03/15/2021 | $6.71 | 867079 | | 04/19/2021 | $6.77 | 868810 |
| | 04/19/2021 | ($6.77) | 868810 | | 04/19/2021 | $6.77 | 869686 |
| | 05/17/2021 | $6.82 | 870698 | | 06/21/2021 | $6.85 | 872502 |
| | 07/19/2021 | $6.85 | 874279 | | 08/16/2021 | $6.87 | 875972 |
| | 09/20/2021 | $6.83 | 877723 | | 10/18/2021 | $6.92 | 879469 |
| | 11/17/2021 | $6.95 | 881183 | | 12/13/2021 | $6.91 | 882807 |
| | 01/10/2022 | $6.92 | 884453 | | 02/14/2022 | $6.92 | 886162 |
| | 03/14/2022 | $7.03 | 887861 | | 04/18/2022 | $7.03 | 889598 |
| | 05/16/2022 | $7.03 | 891284 | | 06/20/2022 | $7.03 | 892985 |
| | 07/18/2022 | $7.03 | 894664 | | 08/15/2022 | $7.05 | 896252 |
| | 09/19/2022 | $7.02 | 897863 | | 10/17/2022 | $6.88 | 899514 |
| | 11/14/2022 | $6.90 | 901082 | | | | |

**Chapter 13 Case # 17-33263**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MEB LOAN TRUST IV | | | | | | | |
| | 04/20/2020 | $34.01 | 846749 | | 05/18/2020 | $46.18 | 848679 |
| | 06/15/2020 | $46.17 | 850344 | | 07/20/2020 | $47.49 | 852128 |
| | 08/17/2020 | $47.45 | 854001 | | 09/21/2020 | $47.42 | 855792 |
| | 10/19/2020 | $47.48 | 857684 | | 11/16/2020 | $47.45 | 859474 |
| | 12/21/2020 | $47.48 | 861273 | | 01/11/2021 | $47.44 | 863096 |
| | 02/22/2021 | $94.94 | 864722 | | 03/15/2021 | $47.48 | 866613 |
| | 04/19/2021 | $47.44 | 868238 | | 05/17/2021 | $48.25 | 870160 |
| | 06/21/2021 | $48.23 | 871940 | | 07/19/2021 | $48.23 | 873758 |
| | 08/16/2021 | $48.19 | 875442 | | 09/20/2021 | $48.28 | 877162 |
| | 10/18/2021 | $48.74 | 878948 | | 11/17/2021 | $48.68 | 880647 |
| | 12/13/2021 | $48.78 | 882284 | | 01/10/2022 | $48.74 | 883946 |
| | 02/14/2022 | $48.75 | 885620 | | 03/14/2022 | $49.50 | 887337 |
| | 04/18/2022 | $49.52 | 889011 | | 05/16/2022 | $49.51 | 890742 |
| | 06/20/2022 | $49.51 | 892407 | | 07/18/2022 | $49.51 | 894150 |
| | 08/15/2022 | $49.47 | 895717 | | 09/19/2022 | $49.57 | 897301 |
| | 10/17/2022 | $48.47 | 898973 | | 11/14/2022 | $48.50 | 900538 |
| NEWREZ LLC | | | | | | | |
| | 08/19/2019 | $72.00 | 831056 | | 08/20/2019 | ($72.00) | 831056 |
| | 08/21/2019 | $72.00 | 99830527 | | 08/22/2019 | ($72.00) | 99830527 |
| | 08/22/2019 | $72.00 | 832579 | | 09/16/2019 | $72.00 | 833100 |
| | 10/21/2019 | $73.88 | 835085 | | 11/18/2019 | $71.10 | 837184 |
| | 12/16/2019 | $71.10 | 839104 | | 01/13/2020 | $71.10 | 840977 |
| | 02/10/2020 | $71.10 | 842850 | | 03/16/2020 | $71.10 | 844725 |
| | 04/20/2020 | $21.38 | 846671 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 04/20/2020 | $5.48 | 8001482 | | 05/18/2020 | $7.44 | 8001532 |
| | 06/15/2020 | $7.44 | 8001591 | | 06/15/2020 | $7.40 | 8001591 |
| | 06/15/2020 | $7.07 | 8001591 | | 07/20/2020 | $7.67 | 8001651 |
| | 08/17/2020 | $7.65 | 8001715 | | 08/17/2020 | $5.30 | 8001715 |
| | 08/17/2020 | $5.56 | 8001715 | | 09/21/2020 | $7.64 | 8001772 |
| | 10/19/2020 | $7.65 | 8001836 | | 10/19/2020 | $5.55 | 8001836 |
| | 10/19/2020 | $5.31 | 8001836 | | 11/16/2020 | $7.65 | 8001892 |
| | 12/21/2020 | $7.65 | 8001947 | | 12/21/2020 | $5.30 | 8001947 |
| | 12/21/2020 | $5.56 | 8001947 | | 01/11/2021 | $7.65 | 8002011 |
| | 02/22/2021 | $15.30 | 8002065 | | 02/22/2021 | $8.34 | 8002065 |
| | 02/22/2021 | $7.97 | 8002065 | | 03/15/2021 | $7.65 | 8002123 |
| | 04/19/2021 | $7.65 | 8002171 | | 04/19/2021 | $5.31 | 8002171 |
| | 04/19/2021 | $5.56 | 8002171 | | 05/17/2021 | $7.78 | 8002234 |
| | 06/21/2021 | $7.77 | 8002277 | | 06/21/2021 | $5.64 | 8002277 |
| | 06/21/2021 | $5.40 | 8002277 | | 07/19/2021 | $7.77 | 8002330 |
| | 08/16/2021 | $7.77 | 8002383 | | 08/16/2021 | $5.39 | 8002383 |
| | 08/16/2021 | $5.66 | 8002383 | | 09/20/2021 | $7.78 | 8002432 |
| | 10/18/2021 | $7.86 | 8002481 | | 10/18/2021 | $5.66 | 8002481 |
| | 10/18/2021 | $5.42 | 8002481 | | 11/17/2021 | $7.85 | 8002529 |
| | 12/13/2021 | $7.85 | 8002581 | | 12/13/2021 | $5.45 | 8002581 |
| | 12/13/2021 | $5.72 | 8002581 | | 01/10/2022 | $7.86 | 8002633 |
| | 02/14/2022 | $7.86 | 8002683 | | 02/14/2022 | $5.70 | 8002683 |
| | 02/14/2022 | $5.45 | 8002683 | | 03/14/2022 | $7.98 | 8002741 |
| | 04/18/2022 | $7.98 | 8002785 | | 04/18/2022 | $5.54 | 8002785 |
| | 04/18/2022 | $5.80 | 8002785 | | 05/16/2022 | $7.98 | 8002843 |
| | 06/20/2022 | $7.98 | 8002892 | | 06/20/2022 | $5.81 | 8002892 |
| | 06/20/2022 | $5.54 | 8002892 | | 07/18/2022 | $7.98 | 8002950 |
| | 08/15/2022 | $8.00 | 8002997 | | 08/15/2022 | $5.55 | 8002997 |
| | 08/15/2022 | $5.80 | 8002997 | | 09/19/2022 | $7.96 | 8003048 |
| | 10/17/2022 | $7.81 | 8003103 | | 10/17/2022 | $5.74 | 8003103 |
| | 10/17/2022 | $5.47 | 8003103 | | 11/14/2022 | $7.82 | 8003148 |

Chapter 13 Case # 17-33263

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 06/15/2020 | $5.58 | 8001596 | | 09/21/2020 | $6.28 | 8001771 |
| | 12/21/2020 | $6.29 | 8001948 | | 02/22/2021 | $6.28 | 8002066 |
| | 05/17/2021 | $6.32 | 8002226 | | 08/16/2021 | $6.39 | 8002379 |
| | 11/17/2021 | $6.44 | 8002525 | | 02/14/2022 | $6.44 | 8002680 |
| | 05/16/2022 | $6.57 | 8002840 | | 08/15/2022 | $6.55 | 8002995 |
| | 11/14/2022 | $6.47 | 8003146 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FSB | | | | | | | |
| | 06/18/2018 | $70.95 | 803569 | | 07/16/2018 | $70.95 | 805571 |
| | 08/20/2018 | $70.95 | 807431 | | 09/17/2018 | $72.75 | 809415 |
| | 10/22/2018 | $72.75 | 811302 | | 11/19/2018 | $70.72 | 813262 |
| | 12/17/2018 | $70.72 | 815136 | | 01/14/2019 | $70.72 | 817066 |
| | 02/11/2019 | $70.72 | 818957 | | 03/18/2019 | $70.72 | 820888 |
| | 04/05/2019 | ($70.72) | 820888 | | 04/15/2019 | $141.44 | 822923 |
| | 05/20/2019 | $70.72 | 824883 | | 06/17/2019 | $72.00 | 826948 |
| | 07/15/2019 | $72.00 | 828813 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: December 07, 2022.

Receipts: $4,500.00    -    Paid to Claims: $4,244.96    -    Admin Costs Paid: $249.51    =    Funds on Hand: $5.53

Base Plan Amount: $4,500.00    -    Receipts: $4,500.00    =    Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.