**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Wilfredo Pratts Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3997<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–33263–VFP | |

# Order of Discharge                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wilfredo Pratts Jr.

12/28/22                                                **By the court:** Vincent F. Papalia
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Wilfredo Pratts, Jr.  
      Debtor

Case No. 17-33263-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: 3180W | Total Noticed: 32 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfredo Pratts, Jr., 193 East Main Street, Prospect Park, NJ 07508-2100 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 28 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 28 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Dec 28 2022 20:49:00 | ALDRIDGE PITE, LLP, Attn: Jenelle C. Arnold, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 28 2022 20:49:00 | Mill City Mortgage Loan Trust 2019-1, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton #202, Fairfield, NJ 07004-2927 |
| 517181817 | + | EDI: BANKAMER.COM | Dec 29 2022 01:44:00 | Bank Of America, Nc4-102-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517181818 | + | EDI: BANKAMER.COM | Dec 29 2022 01:44:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517181816 | + | Email/Text: bkdepartment@rtresolutions.com | Dec 28 2022 20:50:00 | Bank of America, c/o Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 517181819 | | EDI: BANKAMER.COM | Dec 29 2022 01:44:00 | Bank of America, P.O. Box 30770, Tampa, FL 33630-3770 |
| 517275657 | | EDI: BANKAMER.COM | Dec 29 2022 01:44:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 517181821 | + | EDI: CITICORP.COM | Dec 29 2022 01:44:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517181822 | + | EDI: CITICORP.COM | Dec 29 2022 01:44:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517181824 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 28 2022 20:49:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 517181820 | | EDI: JPMORGANCHASE | Dec 29 2022 01:44:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517412165 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 20:56:13 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 17-33263-VFP    Doc 50    Filed 12/30/22    Entered 12/31/22 00:14:27    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517181825 | | Email/Text: camanagement@mtb.com | Dec 28 2022 20:49:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 518585928 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 28 2022 20:50:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV, 84119-3284 |
| 518585927 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 28 2022 20:50:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518377188 | | Email/Text: mtgbk@shellpointmtg.com | Dec 28 2022 20:49:00 | Mill City Mortgage Loan Trust 2019-1, NewRez LLC DBA, Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 518377189 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 28 2022 20:49:00 | Mill City Mortgage Loan Trust 2019-1, NewRez LLC DBA, Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826, Mill City Mortgage Loan Trust 29603-0826 |
| 517262563 | | EDI: AGFINANCE.COM | Dec 29 2022 01:44:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517181826 | + | EDI: AGFINANCE.COM | Dec 29 2022 01:44:00 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 517323288 | | EDI: PRA.COM | Dec 29 2022 01:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517323289 | | EDI: PRA.COM | Dec 29 2022 01:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517335585 | | EDI: PRA.COM | Dec 29 2022 01:44:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517335579 | | EDI: PRA.COM | Dec 29 2022 01:44:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517400630 | | EDI: Q3G.COM | Dec 29 2022 01:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517185904 | + | EDI: RMSC.COM | Dec 29 2022 01:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517181827 | + | EDI: RMSC.COM | Dec 29 2022 01:44:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517181828 | | EDI: TDBANKNORTH.COM | Dec 29 2022 01:44:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 517571751 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 20:56:06 | Wilmington Savings Fund Society, Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675, Wilmington Savings Fund Society, Shellpoint Mortgage Servicing 29603-0675 |
| 517571750 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 20:56:06 | Wilmington Savings Fund Society, Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517181823 | | Daniella Mendes, unknown |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: 3180W | Total Noticed: 32 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor MEB Loan Trust IV nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Leonard S Singer | on behalf of Debtor Wilfredo Pratts  Jr. zsbankruptcy@gmail.com, r57125@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Sean M. O'Brien | on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com |
| Shauna M Deluca | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 sdeluca@hasbanilight.com  hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8